**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
STEVEN POULS,

                Plaintiff,                              **JUDGMENT**

- against -                                                CV 23-4560 (JMA)

MARTIN O'MALLEY, Commissioner of
Social Security,

                Defendant.
-------------------------------------------------------X

      A Stipulation and Order for Remand of the Honorable Joan M. Azrack, United States District Judge, having been filed on February 21, 2024, reversing and remanding the Commissioner's final decision; directing the Commissioner upon remand to offer Plaintiff the opportunity for a new hearing and issue a new decision; and directing the Clerk of the Court to enter judgment, it is

      **ORDERED AND ADJUDGED** that the Commissioner's final decision is reversed and remanded; that upon remand, the Commissioner shall offer Plaintiff the opportunity for a new hearing and issue a new decision; and that this case is closed.

Dated: February 21, 2024
       Central Islip, New York

                                                                BRENNA B. MAHONEY
                                                                CLERK OF COURT

                                                          By:    /s/ James J. Toritto
                                                                     Deputy Clerk