**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
STEVEN POULOS,

                  Plaintiff,                **JUDGMENT FOR ATTORNEY'S FEES**

        - against -                    CV 23-4560 (JMA)

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.
-------------------------------------------------------------X

A Stipulation and Order Regarding Attorney Fees and Costs of Honorable Joan M Azrack, United States District Judge, having been filed on May 22, 2024; awarding plaintiff $5,101 in attorney fees pursuant to the Equal Access to Justice Act ("EAJA") 28 U.S.C. § 2412, and $402.00 in costs, which shall be paid from the Judgment Fund pursuant 28 U.S.C. § 1920, it is

**ORDERED AND ADJUDGED** that Plaintiff Steven Poulos is awarded attorney's fees and costs in the amount of $5,503 as against Defendant Commissioner of Social Security.

Dated: May 22, 2024
       Central Islip, New York

                                                              BRENNA B. MAHONEY
                                                              CLERK OF COURT

                                              By:    /s/ James J. Toritto
                                                          Deputy Clerk